# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2023

## NO. 03-21-00358-CV

**Lauren Nicole Billisits, Appellant**

**v.**

**Nathan George Billisits, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the divorce decree signed by the trial court on June 30, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's divorce decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.